**Supreme Court**
No. 12-191-A

| Sonny Fortes | : |
| :--- | :--- |
| v. | : |
| State of Rhode Island | : |

**O R D E R**

This is applicant Sonny Fortes' appeal from a Superior Court ruling denying his application for post-conviction relief. The case came before the Court in conference on the state's confession of error wherein the state concedes that the applicant's statutory right to counsel as spelled out by this Court in *Campbell v. State*, 56 A.3d 448 (R.I. 2012) was not properly observed. Upon review of the record, the Court concludes that the confession of error should be accepted.

Accordingly, the applicant's appeal is sustained. The papers in the case are remanded to the Superior Court for hearing on the application for post-conviction relief at which applicant Fortes shall be represented by counsel in accordance with *Campbell*, *supra*.

Entered as an Order of this Court this *18th* day of *April 2013.*

By Order,

_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**    Sonny Fortes v. State of Rhode Island.

**CASE NO:**    No. 2012-191-A
(PM/2007-5039)

**COURT:**    Supreme Court

**DATE ORDER FILED:**    April 18, 2013

**JUSTICES:**    Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**    N/A – Court Order

**SOURCE OF APPEAL:**    Providence County Superior Court

**JUDGE FROM LOWER COURT**:

    Associate Justice Francis J. Darigan, Jr.

**ATTORNEYS ON APPEAL:**

    For Applicant:   George J. West, Esq.

    For State:   Virginia M. McGinn
               Department of Attorney General